K

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA )
)
VS. )        CASE NO.: 3:07-CR-170-K (01)
)
GREGORIO HURTADO

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

GREGORIO HURTADO by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of

guilty to **Count One of the Indictment** filed on May 22, 2007. After cautioning and examining

the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty and plea agreement be accepted and that Defendant be adjudged

guilty and have sentence imposed accordingly.

Date: February 5, 2008.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).